# UNITED STATES BANKRUPTY COURT
# EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

In re:                                    Case No. 19-41478

**GREEN BUILDERS 2020, LLC**
                                          CHAPTER 11

Debtor.

-----------------------------------------------------------X

## VERIFICATION OF CREDITOR MATRIX/LIST OF CREDITORS

The undersigned debtor(s) or attorney for the debtor(s) hereby verifies that the creditor matrix/list of creditors submitted herein is true and correct to the best of his or her knowledge.

Dated: March 13, 2019

_____
Debtor

_____
Joint Debtor

_____
Attorney for Debtor
