UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re:

                                                                               Case No. 19-41478

**GREEN BUILDERS 2020, LLC,**

                                                                               CHAPTER 11

                                                                               DECLARATION PURSUANT
                     Debtor.                               TO LOCAL RULE 1007-4

----------------------------------------------------------X
STATE OF NEW YORK   )
                                 SS.:
COUNTY OF KINGS    )

Samuel Pfeiffer, hereby declares pursuant to 28 U.S.C. §1746 as follows:

1. I am Sole Member of Green Builders 2020, LLC and submit this Declaration pursuant to Local Rule 1007-4.

2. The Debtor is not a small business debtor within the meaning of Bankruptcy Code §101(51D).

3. The Debtor owns and manages real estate.

4. The Debtor filed a Petition under Chapter 11 after the sole secured creditor scheduled a foreclosure auction pursuant to a Judgment of Foreclosure and Sale filed in the New York Supreme Court, Kings County.

5. There are no unsecured claims.

6. There is one holder of a secured claim. The holder's name is CSAB Mortgage-Backed Pass-Through Certificates, Series 2007-1, U.S. Bank, N.A., 15480 Laguna Canyon Road, Suite 100, Irvine, CA 92618

7. The amount of the claim approximately $950,000.00. The approximate value of the collateral securing the claim is approximately $2,000,000.00.

8. The Debtor's asset consists of real property located at 1146 39th Street, Brooklyn, New York. The debtor's liability is a debt of approximately $950,000.00.

8. The Debtor does not have any shares of stock, debentures or securities that are publicly held.

9. The Debtor's property is not in the possession or custody of any custodial, public officer, mortgagee, pledgee, assignee of rent or secured credit or agent of any of the aforesaid entities.

10. There are no premises from which the Debtor operates its business which is owned or leased or has any arrangement for operating its business.

11. The Debtor owns real property located at 1146 39th Street, Brooklyn, New York.

12. A foreclosure action was brought against the Debtor's in the New York Supreme Court, Kings County under Index No. 500644/2015.

13. A Judgment of Foreclosure and Sale was entered in the office of the Kings County Clerk on February 6, 2017. An auction of the property is scheduled to be held on March 14, 2019.

13. The only person managing the property is the undersigned. A summary of relevant responsibilities and experience are as follows: I manage and maintain the property.

14. The Debtor did not have any employees for the period following the filing of the Chapter 11 Petition.

15. Since the filing of the Petition, no payment has been made to the undersigned or any Member, nor has any payment been proposed to be made.

16. Since the filing of the Petition, the Debtor has not received any cash nor made any disbursements.

17. No obligation or receivables are expected to accrue for a 30 day period following the filing of the Chapter 11 Petition except interest due on the loan presently owned by Green Builders 2020,LLC and rent.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of March 2019

_____
Samuel Pfeiffer